Geri Lynn Green, State Bar #127709
LAW OFFICES OF GERI LYNN GREEN
155 Montgomery Street, Suite 901
San Francisco, CA  94104
Telephone:     (415) 982-2600
Facsimile:      (415) 358-4562
Email:            gerilynngreen@gmail.com

Attorneys for Plaintiff JACOB SILVERMAN

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:      (415) 554-3837
E-Mail:          margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br><br>       Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>       Defendants. | Case No. CV 11-01615 SBA (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Hearing Date:   July 11, 2012<br>Time:                9:30 a.m.<br><br>Date filed:          April 1, 2011<br>Trial date:          March 25, 2013 |

The undersigned parties, through counsel, STIPULATE and AGREE \to continue the settlement conference from August 29, 2012 to September 11, 2012, or beyond, at the convenience of the Court.

The parties make this request based on the following circumstances:

Stip and [Proposed] Order to Continue SC                    1
Case No.: CV 11-01615 SBA

1. On October 21, 2011, the court issued its Order for Pretrial Preparation in this case.

2. On November 7, 2012 the trial court referred this case to Magistrate Judge Jacqueline Scott Corley for Settlement Conference for March 12, 2012.

3. The parties agreed, and the Court ordered, the settlement conference to be continued to July 11, 2012.

4. The parties agreed, and the Court ordered the settlement conference continued to August 29, 2012.

4. The parties have exchanged Initial Disclosures, Defendants have taken the deposition of Plaintiff and have responded to Plaintiff's discovery requests, providing documents and interrogatory responses. On July 23, 2012, Defendants provided peace officer personnel information pursuant to a protective order. Defendants anticipate completing their entire document production within the next two weeks

5. No officer, deputy, or third party depositions have been taken.

6. No other dates will be affected by this requested change.

For the aforementioned reasons, plaintiff requests, and Defendants do not object, that the settlement conference currently scheduled for August 29, 2012 be moved to September 11, 2012 at 11:00 a.m., or beyond, if more convenient for the Court.

**IT IS SO STIPULATED.**

Dated: August 17, 2012                    LAW OFFICES OF GERI LYNN GREEN


                                          By: _s/Geri Lynn Green_
                                               GERI LYNN GREEN

                                          Attorneys for Plaintiff
                                          JACOB SILVERMAN

Stip and [Proposed] Order to Continue SC          2
Case No.: CV 11-01615 SBA

| | |
|---|---|
| Dated:  August 17, 2012 | DENNIS J. HERRERA<br>City Attorney<br>JOANNE HOEPER<br>Chief Trial Deputy<br>MARGARET W. BAUMGARTNER<br>Deputy City Attorney |
| | By: s/*Margaret W. Baumgartner* *<br>MARGARET W. BAUMGARTNER<br>Deputy City Attorney |
| | Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al. |
| | *Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document. |

**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED that the Settlement Conference be continued from August 29, 2012, to 9/11/12 at 1:30 p.m.  It is further ordered that the two copies of a Confidential Settlement Conference Statement are to be lodged directly with the magistrate judge at least seven (7) calendar days before the Settlement Conference.

Dated: August 20, 2012

_Jacqueline S. Corley_
THE HONORABLE JACQUELINE SCOTT CORLEY