UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JACOB SILVERMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO et. al.,<br><br>    Defendants. | Case No: C 11-1615 SBA<br><br>**ORDER** |

On January 7, 2013, the Law Offices of Geri Lynn Green, LC ("Green") filed a motion to withdraw as counsel of record for Plaintiff Jacob Silverman ("Plaintiff"). Dkt. 106. Among the reasons Green seeks to withdraw is the discovery of an "insurmountable conflict of interest." Id. In its motion, Green states that the conflict of interest can be addressed *in camera* if necessary. Id. Accordingly,

IT IS HEREBY ORDERED THAT:

1.  Green shall file a declaration under seal for *in camera* review. The declaration shall explain the conflict of interest that justifies Green's withdrawal as counsel of record for Plaintiff. Green shall file this declaration by no later than three (3) days from the date this order is filed.

IT IS SO ORDERED.

Dated: 3/12/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge