IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al,<br><br>    Defendants. | Case No. 4:11-cv-1615-SBA<br><br>[Proposed] ORDER |

The Plaintiff's **MOTION TO FILE DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW (DOCKET 106), PURSUANT TO COURT ORDER (DOCKET 114) UNDER SEAL** is hereby GRANTED.

**IT IS SO ORDERED**

Dated; __3/29__, 2013

*Saundra B Armstrong*
Hon. Saundra Armstrong
District Court Judge

Motion to file DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW (DOCKET 106), PURSUANT TO COURT ORDER (DOCKET 114) Under Seal  - Case No.  5:09-CV-05602-JW

CASE NO. 4:11-CV-1615-SBA                                                                 2