IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN, | Case No. 4:11-cv-1615-SBA |
| Plaintiff, | [Proposed] ORDER |
| v. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, et al, | |
| Defendants. | |

The Plaintiff's **MOTION TO FILE DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW (DOCKET 106), PURSUANT TO COURT ORDER (DOCKET 114) UNDER SEAL** is hereby GRANTED.

**IT IS SO ORDERED**

Dated; __3/29_____, 2013

_____
Hon. Saundra Armstrong
District Court Judge

Motion to file DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW (DOCKET 106), PURSUANT TO COURT ORDER (DOCKET 114) Under Seal  - Case No.  5:09-CV-05602-JW

CASE NO. 4:11-CV-1615-SBA                     2