1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  MARGARET W. BAUMGARTNER, State Bar #151762
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3859
6  Facsimile:     (415) 554-3837
   E-Mail:        margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JACOB SILVERMAN, | Case No. CV 11-01615 SBA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DATE FOR HEARING DISPOSITIVE MOTIONS** |
| vs. |  |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | Date filed:     April 1, 2011<br>Trial date:     October 21, 2013 |
| Defendants. |  |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of Magistrate Judge Saundra Brown Armstrong's January 28, 2013 Order for Pretrial Preparation to modify only the date for hearing on dispositive motions.  The date currently is May 7, 2013 for hearing.  Due in part to the pending motion to withdraw, the parties agree to continue the dispositive motion hearing date to July 9, 2012 at 1:00 p.m.  The parties shall meet and confer prior to filing the motion.

**IT IS SO STIPULATED.**

Dated:  April 2, 2013	DENNIS J. HERRERA
	City Attorney
	CHERYL ADAMS
	Chief Trial Deputy
	MARGARET W. BAUMGARTNER
	Deputy City Attorney


	By: /s/*Margaret W. Baumgartner*
	MARGARET W. BAUMGARTNER
	Deputy City Attorney

	Attorneys for Defendants
	CITY AND COUNTY OF SAN FRANCISCO, et al.


Dated:  April 2, 2013	LAW OFFICES OF GERI LYNN GREEN


	By: */s/ Geri Lynn Green*
	GERI LYNN GREEN

	Attorneys for Plaintiff
	JACOB SILVERMAN

	Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

1 **ORDER**

2 The Court hereby reschedules the date for hearing dispositive motions from May 7, 2013 to

3 July 9, 2013, at 1:00 p.m. The parties shall meet and confer prior to filing any motion.

4 IT IS SO ORDERED.

Dated: 4/3/13

_____
HON. SANDRA B. ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT