DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:      (415) 554-3837
E-Mail:          margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>　　　　Defendants. | Case No. CV 11-01615 SBA<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR HEARING DISPOSITIVE MOTIONS**<br><br>Date filed:     April 1, 2011<br>Trial date:     October 21, 2013 |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of Magistrate Judge Saundra Brown Armstrong's January 28, 2013 Order for Pretrial Preparation to modify only the date for hearing on dispositive motions. The date currently is May 7, 2013 for hearing. Due in part to the pending motion to withdraw, the parties agree to continue the dispositive motion hearing date to July 9, 2012 at 1:00 p.m. The parties shall meet and confer prior to filing the motion.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  April 2, 2013 | DENNIS J. HERRERA<br>City Attorney<br>CHERYL ADAMS<br>Chief Trial Deputy<br>MARGARET W. BAUMGARTNER<br>Deputy City Attorney<br><br>By:  /s/*Margaret W. Baumgartner*<br>     MARGARET W. BAUMGARTNER<br>     Deputy City Attorney<br><br>Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO, et al. |
| Dated:  April 2, 2013 | LAW OFFICES OF GERI LYNN GREEN<br><br>By:  */s/ Geri Lynn Green*<br>     GERI LYNN GREEN<br><br>Attorneys for Plaintiff<br>JACOB SILVERMAN<br><br>Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document. |

1 **ORDER**

2    The Court hereby reschedules the date for hearing dispositive motions from May 7, 2013 to

3 July 9, 2013, at 1:00 p.m.  The parties shall meet and confer prior to filing any motion.

4    IT IS SO ORDERED.

7 Dated:  4/3/13                   _____
HON. SANDRA B. ARMSTRONG
8                                  JUDGE, UNITED STATES DISTRICT COURT