1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JACOB SILVERMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO et. al.,<br><br>　　　　Defendants. | Case No:  C 11-1615 SBA<br><br>**ORDER**<br><br>Docket 120, 123 |

14  The parties are presently before the Court on Defendants The City and County of
15 San Francisco and various law enforcement officers' (collectively, "Defendants")
16 administrative motion to continue the dispositive motion deadline by two months, to
17 require service of Plaintiff's motions,[1] and to set a case management conference.  Dkt. 120.
18 Also before the Court is Plaintiff Jacob Silverman's ("Plaintiff") motion for a 45-60 day
19 continuance.  Dkt. 123.  Having read and considered the papers filed in connection with
20 these matters and being fully informed, the Court hereby finds that good cause exists to
21 grant a continuance of the dispositive motion deadline and the deadlines for expert
22 designation and discovery, and to schedule a case management conference.
23  Accordingly,
24  IT IS HEREBY ORDERED THAT:
25

---

[1] In response to Defendants' request to meet and confer, Plaintiff sent a letter to Defendants, which states that he "formulated two separate motions" that he forwarded to the Court. Dkt. 120. Defendants request that the Court require Plaintiff to serve them with these motions. However, because Plaintiff's motions to continue and to appoint counsel were electronically filed on May 29, 2013, this request is MOOT. Dkt. 122, 123.

1. The dispositive motion deadline is continued. All dispositive motions shall be heard on or before August 20, 2013 at 1:00 p.m. The parties must meet and confer prior to filing any motion. The movant shall certify to the Court in its moving papers that it has complied with this requirement. Should the parties fail to meet and confer, the Court may decline to entertain the motion.

2. The expert designation and discovery deadlines are continued. Plaintiff shall designate any experts by July 26, 2013; Defendants by July 26, 2013; rebuttal disclosure by August 9, 2013. Any expert not so named may be disallowed as a witness. No expert will be permitted to testify to any opinion, or basis or support for an opinion, that has not been disclosed in response to an appropriate question or interrogatory from the opposing party. Expert discovery shall be completed by August 30, 2013.

3. All parties are ordered to participate in a mandatory settlement conference during the following time period: August 21, 2013 to September 16, 2013 before Magistrate Judge Jacqueline Scott Corley.

4. All other scheduled deadlines set forth in the Court's Amended Case Management Scheduling Order (Dkt. 111) remain in effect.

5. A Case Management Conference is scheduled for **July 10, 2013 at 3:15 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

6. This Order terminates Docket 120, 123.

IT IS SO ORDERED.

Dated: 6/10/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge