UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JACOB SILVERMAN,<br><br>           Plaintiff,<br><br>     vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO et. al.,<br><br>           Defendants. | Case No: C 11-1615 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

This Court previously scheduled a telephonic Case Management Conference for July 10, 2013, and ordered Plaintiff to file a Joint Case Management Conference Statement no less than seven days in advance of the conference.  Dkt. 124.  Plaintiff failed to file the joint statement as ordered, and failed to set up the conference call for the Case Management Conference and contact the Court at the scheduled date and time.  The failure to comply with a Court order is grounds for dismissal of this action under Federal Rule of Civil Procedure 41(b).[1]  See Ferdick v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff shall show cause why the instant action should not be dismissed without prejudice under Rule 41(b) for failure to comply with a Court order.  Within fourteen (14) days of the date this order is filed, Plaintiff shall file a

---

[1] The Court notes that it has previously warned Plaintiff of the consequences of failing to comply with a Court order.  In an order dated June 17, 2013, the Court expressly warned Plaintiff that "the failure to comply with . . . any order of this Court, may result in the imposition of sanctions, up to and including the dismissal of this lawsuit."  Dkt. 125.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

declaration with the Court explaining why this case should not be dismissed.  Failure to comply with this order will be deemed sufficient grounds to dismiss the action without further notice.

    IT IS SO ORDERED.

Dated: 7/11/13

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SILVERMAN et al,

       Plaintiff,

 v.

THE CITY AND COUNTY OF SAN FRANCISCO ET AL et al,

       Defendant.
_____/

Case Number: CV11-01615 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jacob Silverman
c/o Brendan Hallinan
345 Franklin Street
San Francisco, CA 94102

Dated: July 11, 2013

                              Richard W. Wieking, Clerk

                              By: Lisa Clark, Deputy Clerk