IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br><br>    Plaintiff,<br><br>  v.<br><br> THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. / | No. C -11-01615 SBA (EDL)<br><br>**ORDER VACATING BRIEFING SCHEDULE ON PLAINTIFF'S MOTIONS TO COMPEL** |

On July 18, 2013, Plaintiff filed two Motions for Discovery. Discovery closed in this matter in October 2012. Plaintiff has also filed a Motion to Reopen Discovery and to Continue/Reschedule Trial Date to be decided by Judge Armstrong. Pending Judge Armstrong's ruling on the Motion to Reopen Discovery, the briefing schedules for Plaintiff's Motions for Discovery are vacated and will be reset, if necessary, after Judge Armstrong issues her decision.

**IT IS SO ORDERED.**

Dated: July 25, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge